IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY THOMAS, JR., ) | No. C 12-1747 LHK (PR) |
| ) | |
| Petitioner, ) | JUDGMENT |
| ) | |
| v. ) | |
| ) | |
| GREG LEWIS, ) | |
| ) | |
| Respondent. ) | |
| ) | |

An order of judgment is hereby entered DISMISSING this action for failure to state a claim.

IT IS SO ORDERED.

DATED: 7/16/13

LUCY H. KOH
United States District Judge

Judgment
G:\PRO-SE\LHK\HC.12\Thomas747jud.wpd