IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY THOMAS, JR.,<br><br>　　　　Petitioner,<br><br>　v.<br><br>GREG LEWIS,<br><br>　　　　Respondent. | No. C 12-1747 LHK (PR)<br><br>JUDGMENT |

An order of judgment is hereby entered DISMISSING this action for failure to state a claim.

IT IS SO ORDERED.

DATED: 7/16/13

　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　United States District Judge

Judgment
G:\PRO-SE\LHK\HC.12\Thomas747jud.wpd